UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO GRIMMETT HILL, SR.,<br><br>Petitioner,<br><br>v.<br><br>ST. ANDREW,<br><br>Respondent. | No. 2:23-cv-2789 DJC CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the August 27, 2024, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 8) is granted; and

2. Petitioner shall file objections to the findings and recommendations within thirty days from the date of this order.

Dated: September 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hill2789.111

1